UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00288

**Lovenia Ford,**
*Plaintiff,*

v.

**New Life Childcare Center and Church,**
*Defendant.*

# O R D E R

Plaintiff Lovenia Ford, proceeding pro se, filed this lawsuit against defendant on August 13, 2024. Doc. 1. The court referred the case to United States Magistrate Judge John D. Love. Doc. 3. On August 19, 2024, the magistrate judge issued a report recommending that plaintiff's complaint be dismissed without prejudice for lack of subject matter jurisdiction. Doc. 4. Plaintiff acknowledged receipt of the report on August 23, 2024. Doc. 7. Plaintiff did not file objections to the report, and the deadline for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report (Doc. 4), and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction. All pending motions are denied as moot.

*So ordered by the court on October 1, 2024.*

J. CAMPBELL BARKER
United States District Judge